CLOSED, JURY, LC 1

## U.S. District Court
## District of South Carolina (Columbia)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00533-JFA
## Internal Use Only

Chamberlain v. LG Philips LCD Co Ltd et al
Assigned to: Chief Judge Joseph F Anderson, Jr
Cause: 28:1331 Fed. Question: Anti-trust

Date Filed: 02/23/2007
Date Terminated: 06/05/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Lee R Chamberlain**
*on behalf of herself and all others*
*similarly situated*

represented by **Chad A McGowan**
McGowan Hood Felder and Johnson
1539 Healthcare Drive
Rock Hill, SC 29732
803-327-7800
Fax: 803-328-5656
Email: cmcgowan@mcgowanhood.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gressette Felder, Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201
803-779-0100
Fax: 803-787-0750
Email: jfelder@mcgowanhood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

### LG Philips LCD Co Ltd

### Defendant

### LG Philips LCD America Inc

represented by **Wallace K Lightsey**
Wyche Burgess Freeman and Parham
PO Box 728
Greenville, SC 29602
864-242-8200
Fax: 864-242-8324
Email: wlightsey@wyche.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Samsung Electronics Co Ltd**

**Defendant**
**Sharp Corporation**

**Defendant**
**Sharp Electonics Corporation**

**Defendant**
**Toshiba Corporation**

**Defendant**
**Toshiba Matsushita Display
Technology Co Ltd**

**Defendant**
**Hitachi Ltd**

**Defendant**
**Hitachi Displays Ltd**

**Defendant**
**Hitachi America Ltd**

**Defendant**
**Hitachi Electronic Devices USA Inc**

**Defendant**
**Sanyo Epson Imaging Devices
Corporation**

**Defendant**
**NEC Corporation**

**Defendant**
**NEC LCD Technologies Ltd**

**Defendant**
**NEC Electronics America Inc**

**Defendant**
**IDT International Ltd**

**Defendant**

**AU Optronics**

**Defendant**

**International Display Technology Co Ltd**

**Defendant**

**International Display Technology USA Inc**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA Inc**

**Defendant**

**Chungwa Picture Tubes Ltd**

**Defendant**

**Hannstar Display Corporation**

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 02/23/2007 | ❶1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 910921.), filed by Lee R Chamberlain.(bshr, ) (Entered: 02/23/2007) |
| 02/23/2007 | ❶2 | (Court only) CIVIL COVER SHEET - Private Entry. (bshr, ) (Entered: 02/23/2007) |
| 02/23/2007 | ❶3 | Local Rule 26.01 Answers to Interrogatories by Lee R Chamberlain. (bshr, ) (Entered: 02/23/2007) |
| 02/23/2007 | ❶ | (Court only) Set/Reset Deadlines: check on summons by 2/26/2007. (bshr, ) (Entered: 02/23/2007) |
| 02/27/2007 | ❶4 | Summons Issued (Restricted Access) as to Toshiba Corporation, Toshiba Matsushita Display Technology Co Ltd, Hitachi Ltd, Hitachi Displays Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies Ltd, NEC Electronics America Inc, IDT International Ltd, AU Optronics, International Display Technology Co Ltd, International Display Technology USA Inc, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA Inc, Chungwa Picture Tubes Ltd, Hannstar Display Corporation, LG Philips LCD Co Ltd, LG Philips LCD America Inc, Samsung Electronics Co Ltd, Sharp Corporation, Sharp Electonics Corporation. (bshr, ) (Entered: |

|  |  | 02/27/2007) |
|---|---|---|
| 02/27/2007 | ❍ | ***DOCUMENT MAILED 4 Summons Issued, placed in U.S. Mail to John G. Felder, Jr., Esq. (bshr, ) (Entered: 02/27/2007) |
| 03/02/2007 | ❍ | (Court only) ***Deadlines terminated. Specific Document/summons received. (bshr, ) (Entered: 03/02/2007) |
| 03/19/2007 | ❍6 | Local Rule 26.01 Answers to Interrogatories by LG Philips LCD America Inc.(Lightsey, Wallace) (Entered: 03/19/2007) |
| 03/19/2007 | ❍7 | Consent MOTION for Extension of Time *To Respond to Complaint* by LG Philips LCD America Inc.Response to Motion due by 4/6/2007 Proposed order is being emailed to chambers with copy to opposing counsel(Lightsey, Wallace) (Entered: 03/19/2007) |
| 03/19/2007 | ❍ | ENTRY DELETED #5 Corrected Filing Document Number: 7 (mflo, ) (Entered: 03/19/2007) |
| 03/19/2007 | ❍8 | (Court only) ***Set Flags (dhill, ) (Entered: 03/19/2007) |
| 03/21/2007 | ❍9 | ORDER granting 7 Motion for Extension of Time to Respond to Complaint, extending time to file until the earlier of (1) forty-five days after the filing of a consolidated amended complaint in the LCD Cases or (2) forty-five days after the Plaintiff provides written notice that he does not intend to file a consolidated amended complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case. Signed by Judge Joseph F Anderson Jr on 03/21/07.(bshr, ) (Entered: 03/21/2007) |
| 06/04/2007 | ❍10 | CONDITIONAL TRANSFER ORDER directing the case be transferred to the USDC for the Northern District of California. (Attachments: # 1 Letters directing the case be transferred to the USDC-Northern District of California)(bshr, ) (Entered: 06/05/2007) |
| 06/05/2007 | ❍11 | (Court only) Case transferred to Northern District of California. The Transferring Clerk's Office hereby attests the record and the docket sheet available through CM/ECF to be the certified list. (bshr, ) (Entered: 06/05/2007) |